# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DANA J. MOREAU, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CIV-08-048-SPS |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| **Commissioner of the Social** ) | |
| **Security Administration,** ) | |
| ) | |
| Defendant. ) | |

## OPINION AND ORDER AWARDING
## ATTORNEYS' FEES TO THE PLAINTIFF UNDER THE EAJA

The Plaintiff was the prevailing party in this appeal of the Commissioner of the Social Security Administration's decision denying benefits under the Social Security Act. She seeks an award of attorneys' fees in the amount of $5,329.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412. *See* Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [Docket No. 22]. The Commissioner indicates that he has no objection to an award of $5,329.00 to the Plaintiff.

Upon review of the record herein, the Court finds that said amount is reasonable and that the Commissioner should be ordered to pay it to the Plaintiff as the prevailing party herein. *See* 28 U.S.C. § 2412(d)(1)(A) ("Except as otherwise specifically provided by statute, a court shall award to a prevailing party . . . fees and other expenses . . . incurred by that party in any civil action [.]"). *See also Manning v. Astrue*, 510 F.3d 1246, 1249-50 (10th Cir. 2007), *cert. denied*, __ U.S. __, 77 USLW 3020 (2008).

Accordingly, Plaintiff's Motion for Attorney Fees Pursuant to the Equal Access to Justice Act [Docket No. 22] is hereby GRANTED, and the Commissioner is hereby ordered to pay attorneys' fees in the amount of $5,329.00 to the Plaintiff as the prevailing party herein.

**IT IS SO ORDERED** this 30th day of April, 2009.

_____
**STEVEN P. SHREDER**
**UNITED STATES MAGISTRATE JUDGE**